Same case below, 378 Fed. Appx. 595.

**No. 10-6674. Richard B. Fuller, Petitioner v. Richard E. Bazzle, Warden.**

562 U.S. 1069, 131 S. Ct. 657, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9410.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 334.

**No. 10-6677. Michael Hickingbottom, Petitioner v. Alan Finnan, Superintendent, Wabash Valley Correctional Facility.**

562 U.S. 1069, 131 S. Ct. 657, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9437.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6678. Melvin Friend, Jr., Petitioner v. Virginia.**

562 U.S. 1069, 131 S. Ct. 657, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9395.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-6680. Joseph Humphrey, Petitioner v. Millicent Warren, Warden.**

562 U.S. 1069, 131 S. Ct. 658, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9182.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6681. April Griffin and Inez Griffin, Petitioners v. Milwaukee County, Wisconsin, et al.**

562 U.S. 1069, 131 S. Ct. 658, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9305.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 369 Fed. Appx. 741.

**No. 10-6685. Leroy Gipson, Jr., Petitioner v. Burl Cain, Warden.**

562 U.S. 1069, 131 S. Ct. 658, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9181.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6688. William Walls, Petitioner v. Brian B. Dosch.**

562 U.S. 1069, 131 S. Ct. 658, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9276.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6696. Richard Roland Laird, Petitioner v. Pennsylvania.**

562 U.S. 1069, 131 S. Ct. 659, 178 L. Ed. 2d 492, 2010 U.S. LEXIS 9088.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 605 Pa. 137, 988 A.2d 618.